USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   ANTON LIVERPOOL,                     :

                                       **Plaintiff,**    :        **1:20-cv-04629 (ALC)**

      -against-                       :        <u>**ORDER**</u>

   CITY OF NEW YORK ET AL.,        :

                                  **Defendants.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant City of New York's letter dated November 13, 2020 in response to this Court's October 27, 2020 Order. ECF No. 19. The Court is also in receipt of Plaintiff's letter received on October 27, 2020. ECF No. 17.

      Defendant City of New York requests that Plaintiff provide a physical description of John Does #4, #7, and #8, in order to identify these Defendants pursuant to the Court's *Valentin* order issued on August 26, 2020. **The Court hereby directs Mr. Liverpool to send the Court a letter by December 31, 2020**, providing any additional details on John Doe #4, #7, and #8 he may have, including physical description, to the extent they were not previously included in his amended complaint. **The Court also extends Mr. Liverpool's deadline to provide any additional details on John Doe #3 from November 26, 2020 to December 31, 2020.**

      Defendant City of New York also requests a stay of it's time to respond to the Amended Complaint. The Court hereby GRANTS Defendant City of New York and Defendant Supris an extension to respond to the Amended Complaint until 30 days after Plaintiff files a Second Amended Complaint pursuant to this Court's August 26, 2020 order. Defendant City of New

York is also GRANTED an extension until January 14, 2021 to identify the remaining John Does.

Mr. Liverpool requests that the Court provide a ruling on Defendant's request for a release of his criminal records and has advised the Court that he has sent his medical release form to Defendant. ECF No. 17. The Court advises Mr. Liverpool that since there has been no answer or response filed to Plaintiff's Amended Complaint (which this Court has directed Mr. Liverpool to amend once Defendant City of New York provides him with the identities of the remaining John Does) it is too soon to issue a ruling regarding Defendant's request for release of his criminal records. Defendant City of New York is directed to review Plaintiff's medical release form and submit a letter to the Court noting any deficiencies so that they may be remedied by Plaintiff.

**The Parties are ordered to appear for a telephone status conference on January 19, 2021 at 2:00 p.m. to resolve any outstanding issues.** Defendant City of New York should contact Plaintiff directly before jointly contacting the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above. If for any reason Plaintiff is not available on the specified date and time, Defendant City of New York is directed to let the Court know as soon as practicable.

Defendant City of New York is hereby ORDERED to serve this order on Plaintiff by first class mail and file proof of service by November 23, 2020.

**SO ORDERED.**

**Dated:  November 18, 2020**
     New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**