USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   ANTON LIVERPOOL,

                              **Plaintiff,**        1:20-cv-04629 (ALC)

          -against-                       **ORDER**

   CITY OF NEW YORK ET AL.,

                            **Defendants.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court held a status conference with the parties on January 19, 2021 at 2:00 p.m.

    In accordance with today's status conference, the parties are hereby **ORDERED** to meet and confer regarding John Does #3, #4, #7, and #8. Defendants are hereby **ORDERED** to send Plaintiff pre-filled medical release forms with a pre-paid envelope by no later than January 22, 2021. Defendants, in consultation with Plaintiff, are hereby **ORDERED** to submit a joint status report by no later than March 5, 2021. The joint status report should include the outcome of the meet and confer, and whether or not Defendants have sufficient information to identify John Does #3, #4, #7, and #8; whether or not Defendants have received Plaintiff's medical release forms; and whether or not Defendant City of New York is authorized to accept service on behalf of Warden Smalls (and any other Defendants formerly employed by the DOC). Counsel for Defendants shall also advise the Court whether she will be representing Officer Surpris, or whether he will be obtaining separate counsel.

    Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by January 22, 2021.

**SO ORDERED.**

**Dated: January 19, 2020**
       **New York, New York**

                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**