USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/19/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**JULIANNE ZIGOS,**
                              **Plaintiff,**

   -against-                                  20-CV-09203 (ALC)

                                               **ORDER**

**MAYSHAD CHOICE INC., ET AL.,**

                              **Defendants.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court held a pre-motion conference in this case on January 19, 2021 at 3:30 p.m. In accordance with today's conference, the parties are hereby **ORDERED** to submit a joint status report by no later than February 19, 2021 letting the Court know how they would like to proceed.

**SO ORDERED.**

**Dated:**      **January 19, 2021**
                **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**