USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTON LIVERPOOL,

           Plaintiff,     1:20-cv-04629 (ALC)

-against-     **ORDER**

CITY OF NEW YORK ET AL.,

           Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' April 29, 2021 letter. ECF No. 33. Plaintiff is hereby **ORDERED** to respond to Defendants' letter by no later than May 24, 2021. Plaintiff should address Defendants' arguments as to John Doe #7 and John Doe #8.

Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by May 7, 2021.

**SO ORDERED.**

**Dated: May 3, 2021**
      **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**