USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
   ANTON LIVERPOOL, :
                                                        Plaintiff, :   1:20-cv-04629 (ALC)
              -against- :   **ORDER**
   CITY OF NEW YORK ET AL., :
                                  Defendants. :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendants' April 29, 2021 letter regarding John Doe #7 and John Doe #8, as well as Plaintiff's response. ECF Nos. 33, 36.

       Plaintiff shall be allowed to proceed against the Estate of John Doe #7. Defendants are hereby **ORDERED** to provide the Court, *ex parte*, with this Defendant's last known address.

       The parties are hereby **ORDERED** to meet and confer again regarding John Doe #8. Defendants are hereby **ORDERED** to submit a status report regarding John Doe #8 and naming all John Doe defendants that have been previously identified, by no later than June 28, 2021.

       Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by June 2, 2021.

**SO ORDERED.**

**Dated:  May 28, 2021**
           New York, New York

                                                                   **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**