UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON F. LIVERPOOL,

                  Plaintiff,

-against-

OFFICER SUPRIS, ET AL.,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/13/2021

**20-cv-04629 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On July 27, 2021, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute for failure to notify the Court of his address change by August 26, 2021. ECF No. 45. The Court further ordered Defendant City of New York to serve the July 27, 2021 Order on Plaintiff at his last known address. *Id.* On September 13, 2021, Plaintiff provided the Court with his current address. ECF No. 47.

      Accordingly, the Court hereby **VACATES** its Order to Show Cause dated July 27, 2021. The parties are hereby **ORDERED** to meet and confer regarding John Doe # 8 and the issues raised in the Defendants' July 6, 2021 Letter (ECF No. 42). Defendant City of New York is hereby **ORDERED** to serve the instant Order, Defendant's July 6, 2021 Letter to the Court (ECF No. 42), and Defendant's July 28, 2021 Letter to the Court (ECF No. 46) on Plaintiff at his current address by first class mail and file proof of service by **October 20, 2021**.

**SO ORDERED.**

Dated:    October 13, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**