**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ANTON F. LIVERPOOL,

                Plaintiff,

                -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This case was recently referred to the undersigned for General Pretrial purposes. By **January 21, 2022**, the City shall file a letter addressing the status of this litigation. The City shall promptly serve a copy of this Order on Plaintiff and file proof of service on the docket by **January 21, 2022**.

      SO ORDERED.

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: January 18, 2022
       New York, New York