UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANTON LIVERPOOL,

          Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

          Defendants.
----------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER OF SERVICE**

**ONA T. WANG, United States Magistrate Judge:**

The Court requests that the following Defendants waive service of summons: Darrien Lewis (Shield No. 4843), Kisa Smalls (former Warden), Wendy White (former Deputy Warden), Ronald Wilson (former Manhattan Road Supervisor), Captain Jacob Rivers (Shield No. 1812), Warden Charlton Lemon (Shield No. 360), and Captain John Hernandez (Shield No. 1806). (ECF 55, 56, 61). The New York City Law Department shall file Joseph Grima's last known address under seal (using the *ex parte* viewing level) by **January 28, 2022**. (ECF 37, 55).

The Clerk of Court is respectfully directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Clerk of Court is further directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

          *s/ Ona T. Wang*
Dated: January 24, 2022          **Ona T. Wang**
     New York, New York        United States Magistrate Judge