UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTON LIVERPOOL,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------------ x

**SUGGESTION OF DEATH UPON THE RECORD OF DEFENDANT HERMANTIN SURPRIS PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 25(a)**

20-CV-4629 (ALC) (OTW)

**PLEASE TAKE NOTICE** that defendant City of New York, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, respectfully submits, upon information and belief, as follows:

On June 3, 2022, Mostafa Khairy, counsel for defendant City of New York, was informed by defendant Darrien Lewis of the death of defendant Hermantin Surpris. <u>See</u> Civil Docket Sheet Entry No. 81. On June 9, 2022, a member of the New York City Department of Correction Legal Division confirmed that defendant Surpris passed away on or about October 8, 2021.

**WHEREFORE,** pursuant to Rule 25 of the Federal Rules of Civil Procedure, defendant City of New York suggests upon the record that defendant Hermantin Surpris is deceased, and that any motion for substitution of a proper party be timely made within ninety (90) days of the date hereof.

Defendant respectfully submits it has complied with the Court's June 9, 2022 order. See Civil Docket Sheet, Entry No. 83.

Dated: June 10, 2022
      New York, New York

                                       HON. SYLVIA O. HINDS-RADIX
                                       Corporation Counsel of the City of New York
                                       *Attorney for Defendants*
                                       100 Church Street, Room 3-208
                                       New York, New York 10007
                                       Phone: (212) 356-2105

                                       By:      *Mostafa Khairy* /s/
                                                      Mostafa Khairy
                                                      *Assistant Corporation Counsel*
                                                      Special Federal Litigation Division

cc:    **BY U.S. MAIL**
        Anton F. Liverpool #155581
        Intake Center, D-205B
        P.O. Box 8249
        Cranston, RI 02920
        *Plaintiff Pro Se*