**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ANTON LIVERPOOL,

        Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.
-----------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 85. Defendants are directed to file a singular motion to dismiss. The briefing schedule is as follows:

- Defendants shall file their Motion to Dismiss by **August 8, 2022**.
- Plaintiff's Opposition, if any, shall be due by **September 8, 2022**.
- Defendants' Reply shall be due by **September 22, 2022**.

Counsel for Defendants is directed to serve a copy of this Order on the *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: June 17, 2022
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge