UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

ANTON LIVERPOOL,

                                                  Plaintiff,

                -against-

THE CITY OF NEW YORK, ET AL.,                        20-CV-4629 (ALC) (OTW)

                                                  Defendants.

---------------------------------------------------------------------------x

## DECLARATION OF SERVICE BY MAIL

        I, Mostafa Khairy, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on June 21, I served **the Court's June 17, 2022 Order (Dkt. No. 87)**, annexed thereto, upon the following plaintiff *pro se*, Anton Liverpool, by depositing a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

        Anton Liverpool #155581
        Intake Center, D-205B
        P.O. Box 8249
        Cranston, RI 02920

Dated:  June 21, 2022
         New York, New York

                                                          *Mostafa Khairy* /s/

                                                          Mostafa Khairy
                                                          *Assistant Corporation Counsel*
                                                          Special Federal Litigation Division