UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVERPOOL -v-                                    20-cv-4629
THE CITY OF NEW YORK
supris et al...,

I Anton Liverpool the plaintiff in the above cited docket (20-cv-4629) write the court's to inform of a change of my mailing address. My current mailing address is Medium Security P.O. Box 8274 (8274) Cranston R.I. 02920

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 18 PM 2:51

Respectfully yours
Anton Liverpool

Indigent

US POSTAGE $000.57
ZIP 02920
JUL 13 2022

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 18 PM 2: 52

legal mail

From: Anton Liverpool, 155581
Medium Security, P.O. Box 8274
Cranston Rhode Island 02920, C-h-15T

To: United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007
Pro-Se