**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANTON LIVERPOOL,                                      :
                                                      :
                         Plaintiff,                   :          20-CV-4629 (ALC) (OTW)
                                                      :
                    -against-                         :          <u>**ORDER OF SERVICE**</u>
                                                      :
THE CITY OF NEW YORK, et al.,                         :
                                                      :
                         Defendants.                  :
                                                      :
------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed ECF 94. Plaintiff's deadline to respond to Defendant's Motion to

Dismiss is extended to October 14, 2022.

       Counsel for Defendants is directed to serve a copy of this Order on the *pro se* Plaintiff

and to file proof of service on the docket.


       **SO ORDERED.**


                                                    _s/ Ona T. Wang_____
Dated: September 12, 2022                              **Ona T. Wang**
     New York, New York                        United States Magistrate Judge