UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/18/2023
```

LIVERPOOL,

               **Plaintiff,**

-against-

THE CITY OF NEW YORK ET AL.,

               **Defendants.**

20-cv-04629 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's letter requesting an extension of time to file his amended complaint. ECF No. 108. The Plaintiff is **ORDERED** to file a letter requesting a specific date for his extension of time on or by **April 25, 2023**. Defendants are hereby **ORDERED** to file a response to Plaintiff's request on or by **April 27, 2023**.

**SO ORDERED.**

Dated:    April 18, 2023
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**