UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVERPOOL,

                Plaintiff,

-against-

THE CITY OF NEW YORK ET AL.,

                Defendants.

20-cv-04629 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the parties' letters concerning Plaintiff's request for an extension of time to file his amended complaint. ECF Nos 108, 110, 111. The Plaintiff's request is **GRANTED.** Plaintiff is **ORDERED** to file his amended complaint on or by **June 1, 2023**.

**SO ORDERED.**

**Dated:**   May 9, 2023
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____