```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LIVERPOOL,**

                **Plaintiff,**

                -against-

**THE CITY OF NEW YORK ET AL.,**

                **Defendants.**

**20-cv-04629 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the Defendants' pre-motion conference letter related to their anticipated motion to dismiss. ECF No. 116. If Plaintiff wishes to respond to this letter, he may do so by **July 10, 2023.** The Clerk of the Court is respectfully directed to mail this Order to the Plaintiff.

**SO ORDERED.**

**Dated:**    June 30, 2023
             New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**