USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LIVERPOOL,**

              **Plaintiff,**

-against-

**THE CITY OF NEW YORK ET AL.,**

              **Defendants.**

**20-cv-04629 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's letter requesting a 30-day extension to respond to Defendant's motion to dismiss. ECF No. 126. Plaintiff's request is hereby **GRANTED**. Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or by **November 10, 2023.** Defendants shall file their reply, if any, on or by **November 27, 2023.**

**SO ORDERED.**

**Dated:**   October 11, 2023
           New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**