**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ANTON LIVERPOOL,                                 :
                                                 :
                     Plaintiff,                 :            20-CV-4629 (ALC) (OTW)
                                                 :
            -against-                :            **ORDER**
                                                 :
THE CITY OF NEW YORK, et al.,                    :
                                                 :
              Defendants.                :
                                                 :

-----------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of ECF 143.

      Counsel for Defendants is directed to serve (1) the Court's decision on Defendants' motion to dismiss the complaint (ECF 142), (2) a copy of the Docket, and (3) a copy of this Order, on *pro se* Plaintiff, at his last known address, by **Friday, November 1, 2024**.

      Plaintiff's deadline to file his Fourth Amended Complaint is extended to **Monday, December 16, 2024**.

      Counsel for Defendants is further directed to file proof of service on the docket.

      **SO ORDERED.**

                                 *s/ Ona T. Wang*
Dated: October 24, 2024                          **Ona T. Wang**
     New York, New York                         United States Magistrate Judge