**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANTON LIVERPOOL,

                Plaintiff,

                -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 146.

Counsel for Defendants is directed to serve (1) Plaintiff's complaint and Plaintiff's first and second amended complaints (ECF 1, 8, 56); (2) Plaintiff's June 7, 2023, letters (ECF 114, 115); (3) a copy of the Docket, and (3) a copy of this Order, on *pro se* Plaintiff, at his last known address, by **Wednesday, November 27, 2024**.

Counsel for Defendants is further directed to file proof of service on the docket.

**SO ORDERED.**

Dated: November 22, 2024
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge