**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
ANTON LIVERPOOL,                                           :
                                                           :
                              Plaintiff,                   :         20-CV-4629 (ALC) (OTW)
                                                           :
               -against-                                   :         ORDER
                                                           :
THE CITY OF NEW YORK, et al.,                              :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 157 and 158.

Defendants are directed to file a letter responding to Plaintiff's submissions, on the docket, by **Monday, January 13, 2025**.

Defendants are further directed to serve a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

SO ORDERED.

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: December 20, 2024
New York, New York