UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTON LIVERPOOL,

          Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

          Defendants.
-------------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 157, 158, 162, and 163.

To the extent that *pro se* Plaintiff's filings at **ECF 157** and **ECF 162** are requests for third-party discovery, both requests are **DENIED** without prejudice to renewal after *pro se* Plaintiff has filed his Fourth Amended Complaint.

Plaintiff also requests records relating to telephonic conferences with the Court. (ECF 157). It appears that a status conference was held before Judge Carter in this action on January 19, 2021. (*See* Docket, Minute Entry, 01/19/2021). The Court requests that Defendants find out whether a transcript exists for that conference, and, if so, to circulate a copy of the transcript to *pro se* Plaintiff, and file proof of service on the docket.

Counsel for Defendants is also directed to serve: (1) a copy of **ECF 105** (*see* **ECF 162**); (2) a copy of the Docket; and (3) a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

Plaintiffs' request for records free of charge at **ECF 158** is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF Nos. 157, 158, and 162.

**SO ORDERED.**

Dated: January 16, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge