**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LIVERPOOL,**

**Plaintiff,**

**-against-**

**THE CITY OF NEW YORK ET AL.,**

**Defendants.**

20-cv-04629 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the Defendants' pre-motion conference letter related to their anticipated motion to dismiss. ECF No. 179. If Plaintiff wishes to respond to this letter, he may do so by **May 9, 2025.** The Clerk of the Court is respectfully directed to mail this Order to the Plaintiff.

**SO ORDERED.**

**Dated:    April 29, 2025**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**