**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ANTON LIVERPOOL,                                            :
                                                            :
                Plaintiff,                                  :       20-CV-4629 (ALC) (OTW)
                                                            :
        -against-                                           :       ORDER
                                                            :
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 185 and 186, which the Court construes as requests for discovery. Defendants are directed to respond to Plaintiff's filings by **Wednesday, July 3, 2025**.

Counsel for Defendants is further directed to serve a copy of this Order on *pro se* Plaintiff at his last known address.

SO ORDERED.

Dated: June 27, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge