**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
ANTON LIVERPOOL,

        Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

----------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 185, 186, 191, and 192.

Plaintiff's motions for discovery at ECF Nos. 185 and 186 are **DENIED** as premature.

It has also come to the Court's attention that Plaintiff has not filed a response to Defendants' motion to dismiss, which was due July 7, 2025. (*See* ECF Nos. 184, 192). Plaintiff's deadline to respond to Defendants' motion to dismiss is **EXTENDED** to **Thursday, July 31, 2025**. **If Plaintiff does not respond to Defendants' motion by July 31, the Court may recommend that the motion to dismiss be granted as unopposed.**

The Clerk of Court is respectfully directed to close ECF Nos. 185 and 186.

Counsel for Defendants is further directed to serve a copy of this Order on *pro se* Plaintiff at his last known address.

        SO ORDERED.

Dated: July 16, 2025
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge