UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTON LIVERPOOL,

           Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

          Defendants.

------------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER OF SERVICE**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 94.

It appears from Counsel for the Defendant's assertion in their Motion to Dismiss that Defendant's Motion to Dismiss (ECF No. 187 – 189) was sent by first class mail to Plaintiff on June 20, 2025.

It is well settled that "a letter properly addressed and mailed creates a presumption of receipt by the addressee, based on the reliability of the postal system and the presumption that postal officers perform their duties properly." *Christensen Eng'g Co. v. Westinghouse Air Brake Co.*, 135 F. 774 (2d Cir. 1905).

However, the Court is not unsympathetic to the challenges Plaintiff may have receiving mail or accessing the Electronic Filing System.

Therefore, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended to **Thursday, August 14, 2025.**

The Clerk of the Court is respectfully requested to serve a copy of ECF Nos. 187, 188, & 189 on the Plaintiff at his last known address.

Counsel for Defendants are directed to serve a copy of this Order and an additional copy of ECF Nos. 187, 188, & 189 on Plaintiff at his last known address and to file proof of service on the docket.

**SO ORDERED.**

Dated: July 21, 2025
New York, New York

                                    /s/ Ona T. Wang
                                    **Ona T. Wang**
                                    United States Magistrate Judge