**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ANTON LIVERPOOL,

           Plaintiff,             20-CV-4629 (ALC) (OTW)

           -against-             **ORDER**

THE CITY OF NEW YORK, et al.,

           Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 191, 196, and 198.

Plaintiff's request for discovery outlined in ECF 196 is **DENIED** as premature pending resolution of Defendant's motion to dismiss.

As to Plaintiff's request for transcripts, the Court finds Defense counsel has previously provided every requested transcript in its possession by first class mail to Plaintiff and as such, no additional transcripts need be sent. (See ECF Nos. 197 and 198).

Plaintiff's deadline to file an opposition to Defendant's motion to dismiss (ECF 187) is **EXTENDED** to **AUGUST 28, 2025**.

**PLAINTIFF IS HEREBY WARNED THAT THERE WILL BE NO FURTHER EXTENSIONS OF THIS DEADLINE. IF PLAINTIFF DOES NOT SUBMIT OPPOSITION PAPERS BY AUGUST 28, 2025, THE COURT MAY DEEM THE MOTION TO DISMISS FULLY BRIEFED AND RULE ACCORDINGLY.**

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

**SO ORDERED.**

Dated: August 11, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge