UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANTON LIVERPOOL,

        Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.
----------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 200 and 201.

While the Court previously warned Plaintiff that there would be no further extensions, Plaintiff has shown good cause by informing the Court he was unable access the law library at his facility for a substantial period of time. (ECF 200). Accordingly, Plaintiff's request for an extension of the deadline to respond to Defendants' motion to dismiss is **GRANTED** *nunc pro tunc*. Plaintiff shall file an opposition to Defendants' motion no later than **October 27, 2025**.

As for Plaintiff's request for discovery at ECF 201, that request is **DENIED** as premature pending resolution of the Defendants' motion to dismiss.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

        **SO ORDERED.**

Dated: August 26, 2025
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge