UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ANTON LIVERPOOL,

        Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

---------------------------------------------------------x

20-CV-4629 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 204 which appears to be Plaintiff's opposition to Defendants' motion to dismiss at ECF 187. Accordingly, Defendants are directed to file their reply, if any, by **October 6, 2025**.

Counsel for Defendants are directed to serve a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

**SO ORDERED.**

Dated: September 24, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge