**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANTON LIVERPOOL,

                Plaintiff,                        20-CV-4629 (ALC) (OTW)

       -against-                           **ORDER**

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that when the Clerk of Court attempted to serve *pro se* Plaintiff with a copy of ECF 209 at his last known address on or about October 6, 2026, the mail was returned as undeliverable on November 3, 2025. (*see* Docket).

On June 15, 2024, Plaintiff filed a Change of Address Memorandum, in which he listed an Intake Center for the Rhode Island Department of Corrections ("RIDOC") as his address. (ECF Nos. 140, 141). Shortly thereafter, Plaintiff informed the Court that he had recently been released from the custody of the RIDOC. (ECF 143 at 2). On February 19, 2025, Plaintiff wrote that his address was again the Intake Center at RIDOC. (ECF 174). Plaintiff's current address on the docket and the apparent return address on his more recent submissions to the Court, remains the Intake Center listed in his June 15 Change of Address. (*see e.g.*, ECF Nos. 194, 206). Although Plaintiff has repeatedly said he is experiencing delays in receiving his mail, (*see e.g.*, ECF 200), none of the mail sent to Plaintiff has been returned as undeliverable before ECF 209[1].

---

[1] The Clerk of Court served a response to Plaintiff's request for transcripts (ECF 207) at his last known address on or about October 1, 2025, and that mail was not returned. (*See* Docket)

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties, including *pro se* parties, must keep the court apprised of any new contact information.  See *In Re: Cases Filed by Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024).  It is Plaintiff's obligation to provide an address for service.  *Id.*  Service of Court orders cannot be accomplished if a party does not update the Court when a change of address occurs.  *Id.*  Failure to keep the Court updated with his address may result in dismissal of Plaintiff's claims for failure to prosecute.  *Id.*

**Accordingly, *pro se* Plaintiff is directed to file a letter by <u>December 5, 2025</u>, informing the Court of an address at which he can receive mail.  If the address on the docket is correct (*see* ECF Nos. 194, 206) then Plaintiff must file a letter confirming the address.**

**Plaintiff is on notice that failure to file a letter confirming his mailing address by the deadline may lead to a recommendation that his case be dismissed for failure to prosecute.**

A Notice of Change of Address form is attached to this order and available at: https://www.nysd.uscourts.gov/forms/notice-change-address.

Counsel for Defendants are directed to serve a copy of this Order on *pro se* Plaintiff, at his last known address, and file proof of service on the docket.

**SO ORDERED.**

Dated: November 14, 2025  
      New York, New York

*/s/  Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge

2