**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LIVERPOOL,

                             Plaintiff,

        -against-                                20 **CIVIL** 04629 (ALC)

                                                    **JUDGMENT**

THE CITY OF NEW YORK et al.,

                             Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2026, Defendants' Motion to Dismiss is GRANTED.

**Dated:** New York, New York

        March 31, 2026

                                   **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                      **BY:**

                                        **Deputy Clerk**