UNITED STATES DISTRICT COURT SDNY PRO SE OFFICE
SOUTHERN DISTRICT OF NEW YORK 2026 JUN -2 AM 10: 48

Anton Liverpool
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 cv 04629 (   )(   )

-against-

Supris, Lewis, Rivers
_____

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time

to file a notice of appeal in this action. I would like to appeal the judgment

entered in this action on  3,24,26 but did not file a notice of appeal within the required
                           _____
                           (date)

time period because:

Required forms were sent back to sender
by the jail [facillity.] I am being housed in
_____

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

5-21-26                         Anton Liverpool
_____                 _____
Dated:                          Signature

Liverpool, Anton, F
_____
Name (Last, First, MI)

Intake center Cranston RhodeIsland 02920
_____
Address          City          State          Zip Code

N/A                             N/A
_____                 _____
Telephone Number                E-mail Address (if available)

Rev. 3/27/15

...om. ...t... ... Liverpool, ......
...ntake center, P.O. Box 8249
...ranston, RI, 02920, D, 111 B

RECEIVED
SDNY PRO SE OFFICE

2026 JUN -2 AM 10: 48

FIRST-CLASS

USP

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 pearl St New York. N Y. 10007
Pro-Se



USM P3
SDNY