UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVERPOOL,

      Petitioner,

  -against-

THE CITY OF NEW YORK ET AL,

      Respondent.

20-CV-4629 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

 Because Petitioner has not made a substantial showing of the denial of a constitutional right, certificates of appealability will not issue. *See* 28 U.S.C. § 2253.

 The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

 Petitioner's motion for extension of time to file a notice of appeal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 217.

SO ORDERED.

Dated:  June 2, 2026
    New York, New York

           ANDREW L. CARTER, JR.
           United States District Judge